# U.S. Bankruptcy Court
## Western District of Arkansas

In re:

                                              Bankruptcy Case No.**5:13−bk−73597**

**VEG LIQUIDATION, INC. AND ALLENS, INC.**

                        Debtor

                                              Adversary Proceeding No.**5:14−ap−07090**

**R. RAY FULMER, II,**

                        Plaintiff

v.

**JOSHUA C ALLEN,**
**NICHOLAS E ALLEN ET. AL.,**

                        Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**

        Clerk, U.S. Bankruptcy Court
        Western District of Arkansas
        35 E. Mountain Room 316
        Fayetteville, AR 72701

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney or pro se plaintiff.

**Name and Address of Plaintiff's Attorney**

        R Ray Fulmer, II
        P.O. Box 185
        Fort Smith, AR 72902−0185

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**SERVICE OF THE SUMMONS MUST BE COMPLETED WITHIN 14 DAYS OF THE ISSUANCE OF THE SUMMONS PURSUANT TO F.R.B.P 7004(e). A CERTIFICATE OF SERVICE WITH DESIGNATED AP NUMBER IS TO BE FILED WITH THE CLERK OF THE COURT PROMPTLY UPON COMPLETION OF SERVICE.**

*Date Issued:*

## November 10, 2014

                                                          Jean Rolfs, Clerk Of Court

CSD 3007

In re:

**VEG LIQUIDATION, INC. AND ALLENS, INC.**

Bankruptcy Case No. **5:13–bk–73597**

Debtor

**R. RAY FULMER, II,**

Adversary Proceeding No. **5:14–ap–07090**

Plaintiff

v.

**JOSHUA C ALLEN,**
**NICHOLAS E ALLEN ET. AL.,**

Defendant

# CERTIFICATE OF SERVICE

I, _____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a part to the matter concerning which service of process was made. I further certify that service of the summons and a copy of the complaint, in the above–styled case, was made _____ by:

\_\_\_\_\_ Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:

\_\_\_\_\_ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

\_\_\_\_\_ Residence Service: By leaving the process with the following person of suitable age and discretion (then residing therein) at:

\_\_\_\_\_ Publication: The defendant was served as follows: [Describe briefly]

\_\_\_\_\_ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: _____  Signature: _____.

**continued caption:**

**Listing Of Defendant Names:**

JOSHUA C ALLEN
P.O. BOX 358
TONTITOWN, AR 72770

NICHOLAS E ALLEN
P.O. BOX 358
TONTITOWN, AR 72770

RODERICK L ALLEN
P.O. BOX 358
TONTITOWN, AR 72770